UNITED STATES BANKRUTPCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                                                           Case No.: 13-35330-LMI
                                                                                CHAPTER 13

**DEBRA TINA DIAZ,**

Debtor.
_____/

## NOTICE OF APPEARANCE AND REQUEST FOR COPIES

NIALL T. MCLACHLAN, hereby notifies this Honorable Court, the Clerk of the Court and the parties to this cause of his appearance as counsel for Creditor, WELLS FARGO BANK, N.A., in connection with the obligation secured by a first mortgage on property located at 10605 SW 158th Place, Miami, Florida.  The Honorable Court, the Clerk of Court and all parties hereto are requested to henceforth serve copies of all papers upon the undersigned.

                                                           Respectfully submitted,

                      By:     /s/ NIALL T. MCLACHLAN
                                 Niall T. McLachlan
                                 Florida Bar No. 0059552
                                 CARLTON FIELDS, P.A.
                                 100 S.E. Second Street, Ste. 4200
                                 Miami, Florida 33131-9101
                                 Phone:  305-539-7243; Fax: 305-530-0055
                                 Email:  nmclachlan@carltonfields.com

## CERTIFICATE OF SERVICE
CASE NO: 13-35330-LMI

I HEREBY CERTIFY that on this 29th day of October, 2013, a true and correct copy of the foregoing Notice of Appearance and Request for Copies was served electronically with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following counsel of record:

- Jeffrey S. Berlowitz     jberlowitz@srhl-law.com, mcabrera@srhl-law.com
- Jacqueline C Ledon     jledon@lsgmi.org, crodriguez@lsgmi.org; ozaribaf@lsgmi.org
- Nancy K. Neidich     e2c8f01@ch13herkert.com
- Office of the US Trustee     USTPRegion21.MM.ECF@usdoj.gov

                                                      By: /s/ Niall T. McLachlan

28371985.1