

PO Box 2036 Warren, MI 48090-2036
Toll Free: 586-983-7150
Fax: 586-983-7442

October 27, 2014

**US BANKRUPTCY COURT**
SOUTHERN District FLORIDA

RE:   Claim filed on DEBRA DIAZ
      Case # 13-35330
      Claim # 5

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

To Whom It May Concern:

Asset Acceptance, LLC hereby withdraws Proof of Claim number ___5___, dated December 02, 2013.

Thank you,

/s/ Christina Elliott
Bankruptcy Manager

Name:     Christina Elliott
Address:  Po Box 2036
          Warren MI 48090
Phone:    586-983-7150
Fax:      586-983-7442
Email:    bankruptcy@assetacceptance.com

BK_0005 Account No.: 20740477