UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re    DEBRA DIAZ                                        Case No. 13-35330-LMI
                                                           Chapter 13
_____Debtor_____/

## MOTION TO REINSTATE CHAPTER 13 CASE AND CERTIFICATION THAT COUNSEL IS HOLDING FUNDS

Debtor Debra Diaz' case was dismissed on November 6, 2015, (DE66) because Debtor was not current in her Plan payments. There was a miscommunication between Debtor and counsel which led to the Debtor not paying a balance of $1,250.82. Counsel is holding those funds and Debtor wants to reinstate her Chapter 13 case and save her home from foreclosure.

Dated November 6, 2015.

Respectfully submitted,

LEGAL SERVICES OF GREATER MIAMI, INC.

By _____/s/_____
   Carolina A. Lombardi
   Florida Bar No. 241970
   Attorney for Defendant
   3000 Biscayne Boulevard, Suite 500
   Miami, FL 33137
   Telephone: 305-438-2427
   Facsimile: 305-573-5800
   Email: clombardi@legalservicesmiami.org
   Alt. email.: sfreire@legalservicesmiami.org