UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re  DEBRA DIAZ                           Case No. 13-35330-LMI
                                            Chapter 13
                    Debtor         /

### DEBTOR'S OBJECTION TO CREDITOR WELLS FARGO'S NOVEMBER 21, 2015, NOTICE OF PAYMENT CHANGE AND REQUEST THAT THE COURT DISALLOW DEMAND FOR ESCROW SHORTAGE

Debtor Debra Diaz files her Objection to Creditor Wells Fargo's November 21, 2015, Notice of Payment Change And Request That The Court Disallow Wells Fargo's Demand for Escrow Shortage and states in support:

1. On November 12, 2015, creditor Wells Fargo, who holds the mortgage on Debtor's homestead, filed a Notice of Payment Change (NPC) to be effective January 1, 2016. Copy is attached as Exhibit A.

2. The NPC alleges that there is an escrow shortage of $9,524.60 which will cause Debtor's escrow payment to increase from $242.22 a month to $1,016.35 per month, an increase of $774.12 per month. Debtor's mortgage payment would increase from $1,555.86 per month to $2,329.99 per month.

3. Attached to the NPC as page 6 is an escrow account history which shows that the escrow account had a starting balance deficit of $7,398.83 in November 2013, and the deficit ballooned to $22,708.24 as of March 15, 2015.

4. Federal Rule of Bankruptcy Procedure 3002.1 (1) provides that:

> (b) Notice of Payment Changes. The holder of the claim shall file and serve on the debtor, debtor's counsel, and

the trustee a notice of any change in the payment
amount, including any change that results from an
interest rate or escrow account adjustment, no later than
21 days before a payment in the new amount is due.

5. From November 2013 to November 2015, neither Debtor nor her counsel received a NPC regarding escrow increases although the escrow deficit increased dramatically

6. On information and belief, Wells Fargo's failure to send NPC regarding the escrow increases may similar to the facts outlined in the settlement entered on November 5, 2015, in the case of *In Re: Ernestine Green,* Case No 11-33377 TJC, United States Bankruptcy Court for the District of Maryland.

7. In the *Green* case, Wells Fargo admitted to implementing a policy of delaying escrow analyses because of a software glitch with its mortgage servicing platform.

8. Florida Statute §501.137 (2) states

(2) if an escrow account for the taxes or insurance
premiums is deficient, the lender shall notify the property
owner within 15 days after the lender receives the
notification of taxes due from the county tax collector or
receives the notification from the insurer that a premium
is due.

9. Neither Debtor nor her attorney received the notices required by §501.137 (2).

10. 12 U.S.C. § 2609 (2)(B) provides that a servicer shall provide an escrow statement not less than once each 12 month period.

11. Neither Debtor nor her counsel received an escrow statement for covering the years 2013 and 2014.

-2-

12. In addition, the NPC escrow account history shows that there are expenditures by Wells Fargo for forced placed hazard and flood insurance.

13. 12 U.S.C § 2605 (l) (1) provides that a servicer must send two notices to the borrower prior to obtaining force-placed insurance.

14. Neither Debtor nor her counsel received the required notices prior to Wells Fargo's purchase of the forced placed insurance policies.

15. If Debtor is forced to provide for this escrow shortage in her Chapter 13 Plan, it will derail the Plan.

16. Because of Wells Fargo's failure to comply with federal and state law, Debtor Debra Diaz objects to implementation of the Wells Fargo's November 12, 2015, Notice of Payment Change and moves the Court to disallow the escrow increase demanded by Wells Fargo.

Respectfully submitted,

LEGAL SERVICES OF GREATER MIAMI, INC.

By _____
Carolina A. Lombardi
Florida Bar No. 241970
Attorney for Debtor
3000 Biscayne Boulevard, Suite 500
Miami, FL 33137
Telephone: 305-438-2427
Facsimile: 305-573-5800
Email: CLombardi@legalservicesmiami.org
Alt. email.: PBerrios@legalservicesmiami.org

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 25, 2016, a true and correct copy of Debtor's Motion was transmitted electronically to:

Nancy K. Neidich, Trustee
e2c8f01@ch13herkert.com, ecf2@ch13herkert.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Wells Fargo Bank, N.A.
c/o Niall T. McLachlan
Carlton Fields Jorden Burt, P.A.
100 SE 2nd Street, Ste. 4200
Miami, FL 33131
nmclachlan@carltonfields.com

_____
Carolina A. Lombardi

# UNITED STATES BANKRUPTCY COURT
Southern District of Florida (Miami)

In re  Debra Tina Diaz
Debtor

Case No. 13-35330
Chapter 13

## Notice of Mortgage Payment Change

If you file a claim secured by a security interest in the debtor's principal residence provided for under the debtor's plan pursuant to § 1322(b)(5), you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

Name of creditor: Wells Fargo Bank, N.A.
Last four digits of any number you use to identify the debtor's account: 2732
Uniform Claim Identifier: WFCMPP1335330FLS30879797

Court claim no. (if known): 8
Date of payment change: 01/01/2016
Must be at least 21 days after date of this notice
New total payment: $2,329.99
Principal, Interest, and escrow, if any

Claim Type: Principal Residence

### Part 1: Escrow Account Payment Adjustment

Will there be a change in the debtor's escrow account payment?
☐ No
☒ Yes.  Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law.
Describe the basis for the change. If a statement is not attached, explain why:

Current escrow payment: $242.22      New escrow payment: $1,016.35

### Part 2: Mortgage Payment Adjustment

Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?
☒ No
☐ Yes.  Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law.
If a notice is not attached, explain why:

Current interest rate: _____      New interest rate: _____
Current principal and interest payment: _____      New principal and interest payment: _____

### Part 3: Other Payment Change

Will there be a change in the debtor's mortgage payment for a reason not listed above?
☒ No
☐ Yes.  Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)
Reason for change: _____

Current mortgage payment: _____      New mortgage payment: _____



EXHIBIT A

The CM/ECF system imposes certain constraints, including limits on the number of characters that may be entered into certain fields, when filing a proof of claim. As a result of these constraints and limitations, the creditor name that appears on the bankruptcy court's claims register (and any supplemental proof of claim) may differ from the creditor name that appears on the actual proof of claim form.

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box:

☑ I am the creditor.   ☐ I am the creditor's authorized agent.
(Attach a copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

X  /s/ Tunisia Cooper               Date  11/12/2015
   VP Loan Documentation

Print: Tunisia Cooper              Title: VP Loan Documentation

Company: Wells Fargo Bank, N.A./Wells Fargo Home Mortgage
Address: MAC X7801-014
         3476 Stateview Blvd.
         Fort Mill, SC 29715

Specific Contact Information:
P: 800-274-7025
E: NoticeOfPaymentChangeInquiries@wellsfargo.com

806692-9b1c3fb1-39bc-4bb3-b0c2-859bdfbfc8e9

# UNITED STATES BANKRUPTCY COURT

Southern District of Florida (Miami)

Chapter 13 No. 13-35330
Judge: Laurel M Isicoff

In re:

Debra Tina Diaz

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2015, I have served a copy of this Notice and all attachments to the following by U.S. Mail, postage prepaid, or via filing with the US Bankruptcy Court's CM ECF system.

By U.S. Postal Service First Class Mail Postage Prepaid:

Debtor: Debra Tina Diaz
10605 S.W. 158 Place
Miami, FL 33196

Debtor's Attorney: Carolina A Lombardi
3000 Biscayne Blvd ; 500
Miami, FL 33137

Trustee: Nancy K. Neidich
www.ch13herkert.com
POB 279806
Miramar, FL 33027

/s/ Bill Taylor
Authorized Agent

| Wells Fargo Home Mortgage | | Page 1 of 3 |
|---|---|---|
| PO Box 14547 | | |
| Des Moines, IA 50306-4547 | | |

**For informational purposes**

Escrow account disclosure statement and notice of new mortgage payment

| | |
|---|---|
| Loan number: | |
| Next payment due date: | August 01, 2014 |
| New payment effective date: | January 01, 2016 |
| New payment amount: | $2,329.99 |
| Shortage amount: | $9,524.60 |
| Principal balance: | $286,611.22 |
| Interest rate: | 5.125% |
| Statement date: | October 26, 2015 |
| Account review period: | Nov 2013 - Dec 2015 |
| Customer service: | 1-800-340-0473 |
| Customer service hours: | Mon - Fri 7 a.m. - 8 p.m CT. |

We accept telecommunications relay service calls.

Property address:
10605 SW 158 PLACE
MIAMI FL 33196-3196

ESTATE OF ROBERT DIAZ
C/O DEBRA T DIAZ
10605 SW 158TH PL
MIAMI FL 33196-3196

Dear ESTATE OF ROBERT DIAZ:

Each year, we review your escrow account to make sure the escrow portion of your scheduled mortgage payment covers your property taxes and/or insurance premiums. Increases or decreases in your annual taxes and/or insurance premiums may cause your mortgage payment amount to change. Here are the details of your most recent escrow account review.

Note: This notice is for informational purposes only and is being provided as a courtesy should you voluntarily decide to make any escrow shortage payment, if applicable. This notice should not be construed as an attempt to collect a debt or a demand for payment contrary to any protection you may have received pursuant to your bankruptcy case.

### New escrow and mortgage payment amount

| New payment effective date<br>January 01, 2016[1] | Current payment ($) | New payment ($) Option 1 | New payment ($) Option 2 |
|---|---|---|---|
| Principal and/or interest | 1,224.07 | 1,313.64 | 1,313.64 |
| Escrow payment | 242.22 | 222.63 | 222.63 |
| Escrow shortage/prepayment[2] | 0.00 | 0.00 | 793.72 |
| Total payment amount | 1,466.29 | 1,536.27 | 2,329.99 |

1. If you use one of our automatic payment options, we will adjust your electronic withdrawal(s) to ensure your January 01, 2016 payment is made in full.

2. If your current payment includes an amount to cover a previous escrow shortage, this amount will be added. If your current payment includes an adjustment for extra funds you deposited to your escrow account, this amount will be deducted.

The escrow disclosure indicates a shortage of $9,524.60. We have spread this amount over the next 12 months and included it in the new payment amount. However, any voluntary decision to pay the shortage in full will reduce the payment to $1,536.27. If you voluntarily choose to pay this shortage in full now, please detach this coupon and mail it along with the check to the address that appears on this statement.

**You may use either of the following options to restore your required account balance**

| Option 1: Pay the entire shortage now | Option 2: Pay the shortage over 12 months<br>No action required unless you use a bill pay or 3rd party payment service to pay your mortgage |
|---|---|
| Pay the entire escrow shortage amount of $9,524.60 using the shortage payment coupon and your new mortgage payment will be $1,536.27 | Pay the escrow account shortage of $9,524.60 in 12 payments of $793.72 which we've included in your new payment amount of $2,329.99. |

**Attention bill pay and 3rd party payment service customers:** Notify your service of the change to your mortgage payment.

---

**Shortage payment coupon for loan number:**



Note: Due to changes in your taxes and insurance, your mortgage payment may increase even if you voluntarily decide to pay your shortage in full.

ESTATE OF ROBERT DIAZ

Your escrow account review indicates a shortage of **$9,524.60**. For your convenience, we have spread this amount over **12** months and included it in your new scheduled payment. However, you may choose to pay it in full and your mortgage payment will be **$1,536.27**.

If you choose to pay this shortage in full now, please detach this coupon and mail it along with your check to the address that appears on this coupon. Wells Fargo Bank, N.A. may clear your check electronically. Receipt of your check will authorize us to process your payment as an electronic debit to the account on which the check was written.

Please do not include this remittance with your mortgage payment.

Wells Fargo Home Mortgage
PO Box 660455
Dallas, TX 75266-0455

Escrow shortage payment: **$9,524.60**
New mortgage payment if shortage is paid: **$1,536.27**

For informational purposes     Loan number: 

The following information covers your projected escrow account activity from Jan 2016 to Dec 2016

### Projected escrow account disbursements
Annualized items to be paid from your escrow account ($):

| | |
|---|---|
| COUNTY TAX | 2,671.56 |
| Total disbursements | 2,671.56 |
| **Scheduled escrow payment** | 222.63[1] |

1. Your escrow payment is calculated by dividing the total disbursements by 12.

### Projected escrow account activity for the next 12 months

| Date | Anticipated payments ($) To escrow | Anticipated payments ($) From escrow | Description | Escrow balance ($) Projected | Escrow balance ($) Required |
|---|---|---|---|---|---|
| Jan 2016 | | | Starting balance | -14,437.68 | 222.63 |
| Jan 2016 | 222.63 | 0.00 | | -14,215.05 | 445.26 |
| Feb 2016 | 222.63 | 0.00 | | -13,992.42 | 667.89 |
| Mar 2016 | 222.63 | 0.00 | | -13,769.79 | 890.52 |
| Apr 2016 | 222.63 | 0.00 | | -13,547.16 | 1,113.15 |
| May 2016 | 222.63 | 0.00 | | -13,324.53 | 1,335.78 |
| Jun 2016 | 222.63 | 0.00 | | -13,101.90 | 1,558.41 |
| Jul 2016 | 222.63 | 0.00 | | -12,879.27 | 1,781.04 |
| Aug 2016 | 222.63 | 0.00 | | -12,656.64 | 2,003.67 |
| Sep 2016 | 222.63 | 0.00 | | -12,434.01 | 2,226.30 |
| Oct 2016 | 222.63 | 0.00 | | -12,211.38 | 2,448.93 |
| Nov 2016 | 222.63 | 2,671.56 | MIAMI-DADE CNTY | -14,660.31[2] | 0.00[3] |
| Dec 2016 | 222.63 | 0.00 | | -14,437.68 | 222.63 |
| **Total** | **2,671.56** | **2,671.56** | | | |

These calculations indicate the projected escrow balance will be less than the required escrow balance. The resulting shortage is $9,524.60. If you choose to pay the shortage in full, the new payment will be $1,536.27.

The projected escrow account activity is based on the most recent tax and/or insurance information available as well as the assumption that your payments will be received as agreed.

2. *Projected low point.* The point during the annual period at which the projected escrow balance will reach its lowest point.

3. *Required escrow balance.* To cover unanticipated disbursements, including increases to tax or insurance payments, there is a minimum escrow balance allowable by state law and/or your mortgage contract. This amount does not include mortgage insurance.

- Your minimum escrow balance is **$0.00**
- State law requires that this minimum escrow balance not exceed **$0.00**
- *Note:* If you have an adjustable rate mortgage (ARM), you will receive a notice about your new mortgage payment when your ARM rate is scheduled to change.

| | |
|---|---|
| **Information about your escrow account shortage** | |
| Your lowest projected escrow account balance (low point) ($) | 14,660.31- |
| **Plus escrow adjustment4 ($)** | 5,135.71 |
| Less your required minimum escrow account balance ($) | 0.00 |
| **This means your escrow account has a shortage of ($)** | **9,524.60** |

4. An Escrow Adjustment of $5,135.71, scheduled to be repaid through the bankruptcy, is included in this calculation.

Page 3 of 3

For informational purposes    Loan number: 

**The following information covers your escrow account history activity from Nov 2013 to Dec 2015**

| Date | Payments to escrow ($) Projected | Actual | Payments from escrow ($) Projected | Actual | Description | Escrow balance ($) Projected | Actual |
|---|---|---|---|---|---|---|---|
| Nov 2013 | | | | | Starting balance | 242.22- | 7,398.83- |
| Nov 2013 | 242.22 | 0.00[1] | 0.00 | 2,623.70[1] | MIAMI-DADE CNTY | 0.00 | 10,022.53- |
| Dec 2013 | 242.22 | 0.00[1] | 0.00 | 0.00 | | 242.22 | 10,022.53- |
| Jan 2014 | 242.22 | 0.00[1] | 0.00 | 0.00 | | 484.44 | 10,022.53- |
| Feb 2014 | 242.22 | 0.00[1] | 0.00 | 0.00 | | 726.66 | 10,022.53- |
| Mar 2014 | 242.22 | 0.00[1] | 0.00 | 4,934.95[1] | AMERICAN SECURITY GROU | 968.88 | 14,957.48- |
| Apr 2014 | 242.22 | 0.00[1] | 0.00 | 0.00 | | 1,211.10 | 14,957.48- |
| May 2014 | 242.22 | 0.00[1] | 0.00 | 0.00 | | 1,453.32 | 14,957.48- |
| Jun 2014 | 242.22 | 0.00[1] | 0.00 | 0.00 | | 1,695.54 | 14,957.48- |
| Jul 2014 | 242.22 | 0.00[1] | 0.00 | 0.00 | | 1,937.76 | 14,957.48- |
| Aug 2014 | 242.22 | 0.00[1] | 283.00 | 0.00[1] | HOLLAND MUT FIRE INS CO | 1,896.98 | 14,957.48- |
| Sep 2014 | 242.22 | 0.00[1] | 0.00 | 0.00 | | 2,139.20 | 14,957.48- |
| Oct 2014 | 242.22 | 0.00[1] | 0.00 | 0.00 | | 2,381.42 | 14,957.48- |
| Feb 2015 | 0.00 | 0.00 | 0.00 | 5,023.74[1] | AMERICAN SECURITY GROU | 2,381.42 | 19,981.22- |
| Mar 2015 | 0.00 | 0.00 | 0.00 | 55.66[1] | MISC ESCROW | 2,381.42 | 20,036.88- |
| Mar 2015 | 0.00 | 0.00 | 0.00 | 2,623.70[1] | MIAMI-DADE CNTY | 2,381.42 | 22,660.58- |
| Mar 2015 | 0.00 | 0.00 | 0.00 | 47.86[1] | MIAMI-DADE CNTY | 2,381.42 | 22,708.44- |
| Sep 2015 | 0.00 | 6,824.58[1] | 0.00 | 0.00 | | 2,381.42 | 15,883.86- |
| Oct 2015 est. | 0.00 | 3,633.30[1] | 0.00 | 0.00 | | 2,381.42 | 12,250.56- |
| Nov 2015 est. | 0.00 | 242.22[1] | 0.00 | 2,671.56[1] | MIAMI-DADE CNTY | 2,381.42 | 14,679.90- |
| Dec 2015 est. | 0.00 | 242.22[1] | 0.00 | 0.00 | | 2,381.42 | 14,437.68- |
| **Totals** | **2,906.64** | **10,942.32** | **283.00** | **17,981.17** | | | |

1. Indicates where a difference exists between the projected and actual account activity.

Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A.
© 2012 Wells Fargo Bank, N.A. All rights reserved. NMLSR ID 399801



**Manage your mortgage payments easily with the Preferred Payment Plan℠**

- Schedule weekly, biweekly, semi-monthly or monthly payments
- Save time and money with free, secure withdrawals
- No due dates to remember or checks to write

It's free, secure and convenient. To enroll, call 1-866-386-8519.

**A guide to your escrow questions and answers is available at: wellsfargo.com/escrowquestions**