UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                                CASE NO.: 13-35330-LMI
DEBRA TINA DIAZ                                       CHAPTER: 13

**Debtor.**
_____/

### RESPONSE TO DEBTOR'S OBJECTION TO NOTICE OF PAYMENT CHANGE

Creditor, **Wells Fargo Bank, N.A.** ("Creditor"), by and through the undersigned counsel, hereby files this Response to the Debtor's *Objection to Notice of Payment Change* **[DE 73]** and, in support, respectfully alleges the following:

1. Creditor is the mortgagee for a loan on property owned by Debtor, located at 10605 SW 158 Place, Miami, FL 33196.

2. Creditor affirms that a timely Proof of Claim [Claim No. 8-1] was filed on January 21, 2014, in the amount of $320,872.71 in secured mortgage debt, and $35,822.33 as secured mortgage arrears.

3. On November 12, 2015, Creditor filed a *Notice of Payment Change* on the Claims Register, to reflect an increase in escrow due to the Debtor's lapse in insurance and taxes and providing a new monthly payment of $2,329.99, effective January 01, 2016.

4. On February 2, 2016, Creditor filed a *Notice of Payment Change* on the Claims Register, to reflect a new monthly payment of $2,191.67 due to a reduction in ongoing escrow payment for RESPA. The effective date of this *Notice* was March 1, 2016.

4. On January 25, 2016, the Debtor filed the *Objection to Notice of Payment Change* **[DE 73],** stating that the Notice of Payment Change should be stricken as the Creditor failed to file pursuant to Bankruptcy Rule 3002.1(b)

5. Pursuant to Bankruptcy Rule 3002.1(b), the "holder of the claim shall file and serve on the debtor, debtor's counsel, and the trustee a notice of any change in the payment amount, including any change that results from an interest rate or escrow account adjustment, no later than 21 days before a payment in the new amount is due." Creditor's *Notice of Payment Change* was timely filed and is in compliance with Bankruptcy Rule 3002.1(b).

6    Upon information and belief, the Debtor's prior counsel, Jacqueline C Ledon was timely notified regarding the lapse in insurance coverage.

7. Creditor will continue to investigate to determine if the loan was escrowed in error.

8. The Debtor has provided no evidence to substantiate the claim that the Notice was served directly to the Debtor.

9. The Debtor has failed to provide any evidence that they have maintained insurance on the Subject Property direct and outside of the Estate. In addition, the Debtor has failed to provide any evidence that they have made direct payments to the Miami-Dade county tax collector's office for property taxes.

10. Creditor is entitled to reimbursement of the escrow shortage advances pursuant to the terms of the Original Mortgage, paragraph 2(b) executed by the Debtor on May 7, 2007.

11. A hearing on the Debtor's Objection is scheduled for March 1, 2016.

12. Creditor reserves the right to amend/supplement this Response in the future.

WHEREFORE, **Wells Fargo Bank, N.A.** respectfully requests that this Court enter an Order overruling Debtor's *Objection to Notice of Payment Change* and awarding any and all other relief that this Court deems just and appropriate.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States Bankruptcy Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court set forth in the Local Rules.

Scott C Lewis, Esq.
**Albertelli Law**
Attorney for Secured Creditor
PO Box 23028
Tampa, FL 33623
Telephone: (813) 221-4743
Facsimile: (813) 221-9171
bkfl@albertellilaw.com

By: /s/ Scott C Lewis
Scott C Lewis
Florida Bar No.:  112064

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing was provided via electronic and/or regular U.S. Mail to the parties on the attached service list, this 23rd day of February, 2016.

## SERVICE LIST

Debra Tina Diaz
10605 S.W. 158 Place
Miami, FL 33196

Carolina A Lombardi
3000 Biscayne Blvd # 500
Miami, FL 33137

Nancy K. Neidich
www.ch13herkert.com
POB 279806
Miramar, FL 33027

                                  Scott C Lewis, Esq.
                                  **Albertelli Law**
                                  Attorney for Secured Creditor
                                  PO Box 23028
                                  Tampa, FL 33623
                                  Telephone: (813) 221-4743
                                  Facsimile: (813) 221-9171
                                  bkfl@albertellilaw.com

                                  By: /s/ Scott C Lewis
                                  Scott C Lewis
                                  Florida Bar No.:  112064